UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shelley Bates v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12731-DRH |
| *Jo Ann Wooton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13550-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 7, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
**Deputy Clerk**

Dated: November 12, 2013

Digitally signed by
David R. Herndon
Date: 2013.11.12
11:48:01 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT